# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK CLEMMENSEN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALEX M. AZAR, II,<br><br>　　　　　　　　　Defendant. | Case No.: 19-CV-936 W (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [DOC. 14]** |

　　　Parties have filed a joint motion for dismissal of this case with prejudice. [Doc. 14.] Good cause appearing, this action is dismissed **WITH PREJUDICE**. Each party shall bear its own costs, fees, and expenses.

　　　**IT IS SO ORDERED.**

Dated:  May 26, 2020

_____
Hon. Thomas J. Whelan
United States District Judge